UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| AILLET, FENNER, JOLLY & McCLELLAND, INC. | CIVIL ACTION NO. 09-cv-2016 |
| VERSUS | JUDGE STAGG |
| U. L. COLEMAN CO., LTD, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motions to Dismiss (Docs. 18 and 26)** are **granted in part** by dismissing all claims for statutory damages and attorney fees. The motions are **denied** in all other respects.

**IT IS FURTHER ORDERED** that AFJM file, **within 14 days from the date of this order**, a motion for leave to file an amended complaint that addresses the intent issue discussed in the Report and Recommendation.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28th day of February, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE